

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is indigent; no costs are taxed in this appeal.

SIGNED September 21, 2016.

_____
Patricia O. Alvarez, Justice